HEATHER E. WILLIAMS, Bar #122664
Acting Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUSTAVO GIL-CORONEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-CR-00156 LJO / SKO |
| Plaintiff, | |
| v. | **STIPULATION MOVING CASE BACK TO MAGISTRATE CALENDAR; AND ORDER** *OF DENIAL* **THEREON** |
| GUSTAVO GIL-CORONEL, | Date:   May 13, 2013 |
| Defendant. | Time:   1:00 p.m. |
| | Judge:  Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by the parties through their respective counsel that this matter now set for May 13, 2013 at 8:30 a.m. before the Honorable Lawrence J. O'Neill, U.S. District Court Judge may be moved to the calendar of the Honorable Sheila K. Oberto, U.S. Magistrate Judge on May 13, 2013 at 1:00 p.m.

The reason for this change is that defense counsel has not conferred with the defendant since the preparation of the Presentence Report and the plea agreement has not been accepted.  Defendant is at the Lerdo Facility.  It will not be possible for counsel to speak to defendant before an 8:30 a.m. appearance because of the early start time.  Placing this matter on the 1:00 p.m. calendar will allow counsel to confer with defendant before the status conference. The matter could then be rescheduled before the district court.

///

///

///

|  |  |  |
|---|---|---|
|  |  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: May 9, 2013 | By | */s/ Mia A. Giacomazzi*<br>MIA A. GIACOMAZZI<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  |  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: May 9, 2013 | By | */s/ Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Gustavo Gil-Coronel |

# O R D E R

Once a matter has been sent to the District Judge's calendar, it doesn't go back. To accommodate the concern, however, the Court will set this matter for 1:30 p.m. on the date set before the District Judge and if it is not to be a change of plea, the Court will set a trial date at that time.

IT IS SO ORDERED.

**Dated:** **May 9, 2013**        /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

2